**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

# NOT DESIGNATED FOR PUBLICATION

Andrea Hall
LBC U/R/13 DOC No. 110954
La State Penitentiary
Angola LA 70712

> Judgment on rehearing rendered and mailed to all parties or counsel of record on April 20, 2022

**REHEARING ACTION: April 20, 2022**

**Docket Number: 21  00652-KH**

**STATE OF LOUISIANA**
**VERSUS**
**ANDREA HALL**

**Writ Application from Concordia Parish Case No. 90-1096, 91-1518**

**BEFORE JUDGES:**

    **Hon. John E. Conery**
    **Hon. D. Kent Savoie**
    **Hon. Gary J. Ortego**

As counsel of record in the captioned case, you are hereby notified that the ruling on the application for rehearing filed by **Andrea Hall** is:

    **REHEARING DENIED**.  *See* Uniform Rules—Courts of Appeal, Rule 2-18.7.

cc: Hon. Bradley R. Burget, Counsel for  the Respondent